No. 87–586.   MAALOUF ET AL. *v.* HADDAD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–591.   POLLARD *v.* REA MAGNET WIRE CO., INC.   C. A. 7th Cir.   Certiorari denied.

No. 87–595.   DEAN WITTER REYNOLDS, INC., ET AL. *v.* WEDERSKI.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 87–604.   MCDERMOTT, INC., ET AL. *v.* SCHEXNIDER ET UX.   C. A. 5th Cir.   Certiorari denied.

No. 87–617.   LOONEY *v.* GRUNDY NATIONAL BANK ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–622.   VALLEY LIQUORS, INC. *v.* RENFIELD IMPORTERS, LTD.   C. A. 7th Cir.   Certiorari denied.

No. 87–629.   AMERICAN NATIONAL BANK & TRUST CO., AS TRUSTEE UNDER TRUST NUMBER 33832, ET AL. *v.* CITY OF CHICAGO ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 87–631.   COASTAL CORP. ET AL. *v.* APEX OIL CO.; and
No. 87–633.   APEX OIL CO. *v.* DIMAURO ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–638.   AUSTIN ET AL. *v.* TORRINGTON CO.   C. A. 4th Cir.   Certiorari denied.

No. 87–669.   DAIGLE *v.* PATASCHNICK-HARRISON CONSTRUCTION CO. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–736.   GELFAND, SURROGATE JUDGE, BRONX COUNTY *v.* NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT.   Ct. App. N. Y.   Certiorari denied.

No. 87–758.   HOVATER *v.* EQUIFAX SERVICES, INC., ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–759.   BURNS *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.